ACCEPTED
06-15-00161-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 12:39:45 PM
DEBBIE AUTREY
CLERK

## IN THE COURT OF APPEALS
## FOR THE SIXTH DISTRICT OF TEXAS

SHANNEY VELWOOD,
      Appellant

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 12:39:45 PM
DEBBIE AUTREY
Clerk

v.                    No. 06-15-00161-CR

THE STATE OF TEXAS,
      Appellee

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant Shanney Velwood, by and through her undersigned counsel, and pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, respectfully moves for an extension of time to file her brief in this cause, In support, Appellant submits the following:

### I

After a jury trial, Appellant was convicted on May 20, 2015 in Cause No. 42474, 424th Judicial District Court, Burnet County, Texas of the offense of possession of a controlled substance. After she was sentenced, she filed a timely motion for new trial that was subsequently overruled by operation of law. Thereafter, on August 10, 2015, she filed timely notice of appeal.

### II

After the Clerk's Record and the Court Reporter's Record had been filed, this

Court set the deadline for Appellant's Brief, which was due to be filed on or before November 12, 5015.

## III

Undersigned counsel has been ill for the last two weeks. That illness, as well as a heavy caseload, including a court-appointed appeal in Cause No. 15-51035, *United States v. Guadalupe-Ramirez-Aguilera,* have prevented counsel from filing a brief in this cause.

## IV

This is Appellant's first motion for extension of time. Appellant asks that she be given a thirty-day extension to file her brief.

Respectfully submitted,

/s/ Terrence W. Kirk
Terrence W. Kirk
State Bar No. 11513500
1504 West Avenue
Austin, Texas 78701
(512) 236-8511
(512) 474-8252 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was emailed to Mr. Gary W. Bunyard, Assitant District Attorney, at g.bunyard@co.llano.tx.us, on this the 18th Day of November, 2015.

/s/ Terrence W. Kirk